UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JUAN GONZALEZ,

                Plaintiff,

    -against-

ROBERT SARRECK, M.D., FACILITY
HEALTH SERVICES DIRECTOR;
LESTER WRIGHT, M.D., DEPUTY
COMMISSIONER/CHIEF MEDICAL
OFFICER; MARGE C. BYRNES,
REGIONAL HEALTH SERVICES FOR
NEW YORK STATE DEPARTMENT
OF CORRECTIONAL SERVICES; AND
WANDEL, M.D. FOR WESTCHESTER
MEDICAL CENTER et al.,

                Defendants.
------------------------------------------------------X

**ORDER**

08 Civ. 3661 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

ROBERT W. SWEET, United States District Judge:

    Plaintiff's request to proceed *in forma pauperis* in this action is granted.

    SO ORDERED:

                                      ROBERT W. SWEET
                                      United States District Judge

Dated:   5.19.08

        New York, New York