

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 9, 2008

BY HAND
Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

Re: Gonzalez v. Sarreck, et al.,
08 Cv. 3661 (RWS)

Dear Judge Sweet:

The purpose of this letter is to request that the time for defendants to answer or otherwise move with respect to the complaint of the pro se inmate in the above matter be set for September 8, 2008. To date, we have requests for representation from four of the seven defendants. The additional time is needed to obtain other requests for representation or otherwise to resolve any service of process questions, as well as to obtain the needed information in responding.

No previous request for an extension of time has been made.

So ordered
Sweet USDJ
7-11-08

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc. Juan Gonzalez, pro se (by regular mail)