UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Gonzalez, Juan

               Plaintiff,

    -against-                        08 CIVIL 3661 (RWS)

Sarreck

               Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

*correction* Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Eldar Mayouhas__

[X] **Attorney**

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __EM5397__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] **Law Firm/Government Agency Association**

    From: __Bronx District Attorneys Office__

    To: __Gordon & Silber PC__

\* The information on this file changed, without my doing, from the correct Gordon & Silber information to my prior DA information about one week ago. Please correct.

[X] I will continue to be counsel of record on the above-entitled case at my ~~new~~ firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: __355 Lexington Ave., New York, NY 10017__

[X] Telephone Number: __212-834-0742__

[X] Fax Number: __212-490-0035__

[X] E-Mail Address: __emayouhas@gordon-silber.com__

Dated: __7/18/08__      _/s/ Eldar Mayouhas_