UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUAN GONZALEZ,

                Plaintiff,

  - against -

ROBERT SARRECK, M.D., et. al.,

                Defendants.
-------------------------------------------------------x

PROPOSED REVISED
SCHEDULING ORDER
08 Cv. 3661 (RWS)

Pro Se

The following is submitted to modify the Court's July 16, 2008 Order as follows:

1. All discovery shall be completed by March 31, 2009;

2. Dispositive motions or joint pretrial order if no motion is filed, shall be filed by May 1, 2009.

3. A final pre-trial conference will be held on ___5/15___, 2009.

Dated: August 20, 2008
New York, New York

_____
Hon. Robert W. Sweet
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08